UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-03204-AFM**                                                                       Date:  **December 22, 2020**

Title      **Nehemiah Kong v. Imedra #5900 Family Limited Partnership, et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

     Pursuant to the Joint Stipulation for Dismissal (ECF No. 32), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

     IT IS SO ORDERED.

                                                                                                                                              :
**Initials of Preparer**          ib